IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EYE SAFETY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ENSU OUTDOOR STORE, et al., <br><br> Defendants. | Case No. 20-cv-05864 <br><br> **Judge Virginia M. Kendall** <br><br> **Magistrate Judge M. David Weisman** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Eye Safety Systems, Inc. ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| che293 | 33 |
| freeangle_2 | 34 |

Dated this 4th day of December 2020.   Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Eye Safety Systems, Inc.*