**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

EYE SAFETY SYSTEMS, INC.,

     Plaintiff,

  v.

ENSU OUTDOOR STORE, et al.,

     Defendants.

Case No. 20-cv-05864

**Judge Virginia M. Kendall**

**Magistrate Judge M. David Weisman**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Eye Safety Systems, Inc. ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| emersongear direct Store | 15 |

With this dismissal, the above captioned case can be terminated.

Dated this 18th day of December 2020.  Respectfully submitted,

        /s/ Jake M. Christensen
        Amy C. Ziegler
        Justin R. Gaudio
        Jake M. Christensen
        Thomas J. Juettner
        Greer, Burns & Crain, Ltd.
        300 South Wacker Drive, Suite 2500
        Chicago, Illinois 60606
        312.360.0080 / 312.360.9315 (facsimile)
        aziegler@gbc.law
        jgaudio@gbc.law
        jchristensen@gbc.law
        tjjuettner@gbc.law

        *Counsel for Plaintiff Eye Safety Systems, Inc.*